# 73rd District Court

## Case Summary
### Case No. 2023CI23775

| | | |
|---|---|---|
| **Huisache Holdings, LLC VS Travelers Casualty Insurance Company of America** § § § | Location: | **73rd District Court** |
| | Judicial Officer: | **73rd, District Court** |
| | Filed on: | **11/03/2023** |

### Case Information

|  |  |
|---|---|
| Case Type: | INSURANCE |
| Case Status: | **11/03/2023** Pending |

### Assignment Information

**Current Case Assignment**
Case Number      2023CI23775
Court            73rd District Court
Date Assigned    11/03/2023
Judicial Officer 73rd, District Court

### Party Information

*Lead Attorneys*

**Plaintiff**   Huisache Holdings, LLC

**Defendant**   Travelers Casualty Insurance Company of America   SCHEIHING, ROBERT F
                                                                 *Retained*

### Events and Orders of the Court

| | |
|---|---|
| 11/03/2023 | New Cases Filed (OCA) |
| 11/03/2023 | PETITION |
| 11/03/2023 | REQUEST FOR SERVICE AND PROCESS |
| 11/06/2023 | **Citation**<br>Travelers Casualty Insurance Company of America<br>Served: 11/09/2023 |
| 11/14/2023 | RETURN OF SERVICE - SUCCESSFUL<br>  *TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA* |
| 11/16/2023 | ORIGINAL ANSWER OF<br>  *TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA* |
| 11/16/2023 | JURY FEE PAID |

# EXHIBIT A