**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **HUISACHE HOLDINGS, LLC,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | **CASE NO. 5:23-CV-1506-OLG** | |
| § | | |
| **TRAVELERS CASUALTY** § | | |
| **INSURANCE COMPANY OF** § | | |
| **AMERICA** § | | |
| § | | |
| *Defendant.* § | **JURY DEMANDED** | |

**JOINT ADR REPORT AND NOTICE OF SETTLEMENT**

COME NOW, HUISACHE HOLDINGS, LLC, ("Plaintiff") and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, ("Defendant'), (collectively, the "Parties") and hereby submit their Joint ADR Report and Notice of Settlement.

1. This ADR Report is filed in compliance with Rule CV-88 of the Local Rules of the Western District of Texas (herein "LR CV-88").

2. Timothy A. Bearb and William Jones, Jr. of GREEN, KLEIN, WOOD & JONES are in charge of settlement negotiations for the Plaintiff.

3. Robert F. Scheihing of BROCK, GUERRA, STRANDMO, DIMALINE, JONES, P.C. is in charge of settlement negotiations for the Defendant.

4. The Parties agreed to early mediation and mediation took place on March 1, 2024, with Mary Thamm; THAMM & O'BRIANT LLP 3408 Nottingham Street Houston, Texas 77005, (713) 515-9979.

5. The Parties have reached a settlement of this lawsuit and all claims asserted therein. The

Parties are in the process of memorializing the terms and conditions of their settlement and expect to file dismissal documents in the next sixty (60) days.

5. All of the persons who have appeared in the action conferred concerning the contents of this ADR report, and the Parties have agreed as to its content.

                                                             Respectfully submitted,

                                                             **GREEN KLEIN WOOD & JONES**

By:   */s/ Timothy A. Bearb*
       TIMOTHY A. BEARB
       Texas State Bar No.: 24104741
       tbearb@greentriallaw.com
       WILLIAM T. JONES, JR.
       State Bar No.: 24032601
       bjones@greentriallaw.com
       408 E. 7th Street
       Houston, Texas 77007
       Telephone: (713) 654-9222
       Facsimile: (713) 654-2155

       **ATTORNEYS FOR PLAINTIFF**

       -AND-

       BROCK, GUERRA, STRANDMO, DIMALINE, JONES, P.C.

       */s/ Robert F. Scheihing*
       ROBERT F. SCHEIHING
       State Bar No. 17736350
       17339 Redland Road
       San Antonio, Texas 78247-2304
       Telephone: (210) 979-0100
       Facsimile: (210) 979-7810
       bscheihing@brock.law

       **ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of March 2024, this document filed through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) to:

Robert F. Scheihing
**Brock, Guerra, Strandmo, Dimaline, Jones, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
Telephone: (210) 979-0100
Facsimile: (210) 979-7810
bscheihing@brock.law
**ATTORNEY FOR DEFENDANT**

                                              */s/ Timothy A. Bearb*
                                              TIMOTHY A. BEARB